## Case No. 5,020.

### FOY v. TALBURT.

[5 Cranch, C. C. 124.] [1]

Circuit Court, District of Columbia. March Term, 1837.

[1] [Reported by Hon. William Cranch, Chief Judge.]

R. J. Brent, for defendant [Jane Talburt],

Mr. Bradley, contra,

The jury having been sworn, THE COURT, at the motion of Mr. Bradley, instructed the jury, that if, from the evidence, they should be of opinion that a judgment was rendered in this case by a justice of the peace against the present plaintiff as executor, and that upon such judgment a ca. sa. was issued, and the plaintiff committed to prison, and that while there he paid the said judgment and costs, then the said money was paid by duress. Verdict for the plaintiff, $54.15.